IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN BAUER,<br><br>        Plaintiff,<br><br>vs.<br><br>PROFESSIONAL CHOICE RECOVERY, JAMES CADA, EDWARD HOFFMAN, LINDA JEWSON, UKNOWN TELEPHONE DEBT COLLECTOR, AND UNKNOWN HALLWAY DEBT COLLECTOR,<br><br>        Defendants. | **4:16CV3148**<br><br>**ORDER** |

Pursuant to the Plaintiff's motion to dismiss, (Filing No. 8),

    IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against all Defendants are dismissed with prejudice, the parties to pay their own costs and attorney fees.

January 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge